UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHELSEA TURNER,** : | Civil Action No.: 3:20-CV-01045 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **CONNECTICUT LOTTERY** : | |
| **CORPORATION and GREGORY** : | |
| **SMITH,** : | |
| Defendants. : | **DECEMBER 4, 2020** |

## JOINT STATUS REPORT REGARDING DISCOVERY

Pursuant to the Court's order, dated November 10, 2020, the parties have met and conferred regarding the discovery matters discussed during the hearing that took place on the same date. The parties have preliminarily resolved the majority of the outstanding discovery disputes, and are continuing to meet and confer to discuss a final resolution of those disputes.

The parties continue to disagree on whether Plaintiff is entitled to receive Halloran & Sage's investigation notes and/or draft versions of the Halloran Report in the possession of Defendants and/or Halloran, which Defendants maintain are protected from disclosure by the attorney-client privilege and/or work product doctrine. The parties will defer this issue and Defendants will proceed with the balance of production of the information and documents agreed upon between the parties. Plaintiff will use the produced documents to start depositions, but reserves the right to pursue discovery of such notes or draft versions of the Report at a later date. Defendants have also agreed to provide Plaintiff with a privilege log of any documents or information withheld on the ground of attorney-client privilege or the work product privilege, in accordance with the Fed. R. Civ. P.

Finally, the parties agree that the foregoing will not result in any limitation on their ability to pursue future discovery in this case. The Parties do not require another discovery conference at

1

this time, but reserve the right to request another conference and/or to file motions relating to the ongoing discovery disputes, to the extent necessary.

        **PLAINTIFF**
        **CHELSEA TURNER**

By: <u>Brian O'Donnell</u>
     Brian O'Donnell (ct160411)
     REID AND RIEGE, P.C.
     Juris No. 049362
     One Financial Plaza
     755 Main Street 21st Floor
     Hartford, CT 06103-3185
     Tel. (860) 278-1150
     Fax. (860) 240-1002
     bodonnell@reidandriege.com
     rdowning@reidandriege.com

## CERTIFICATION OF SERVICE

      This is to certify that on December 4, 2020, a copy of the Plaintiff's Position Brief for Discovery Conference was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              /s/ Brian O'Donnell
                                              Brian O'Donnell