UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHELSEA TURNER, | : | Civil Action No.: 3:20-CV-01045-VAB |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT LOTTERY | : | |
| CORPORATION, et al., | : | |
| Defendants. | : | FEBRUARY 18, 2022 |

## MOTION FOR PERMISSION TO FILE RESPONSE MEMORANDUM AND EXHIBITS UNDER SEAL

Plaintiff, Chelsea Turner, on this date is filing a response memorandum together with her exhibits to the memorandum of Defendants (ECF No. 87), the Connecticut Lottery Corporation and Greg Smith, and pursuant to the Court's order dated February 3, 2022. However, because Plaintiff is citing and including as exhibits several documents designated as "Confidential" by Defendants, she must comply with the Court's instructions set forth in the Standing Protective Order ("Protective Order') (ECF No. 09), and file this motion to seal.

Pursuant to Paragraph 14 of the Protective Order, Plaintiff is required to move to file her motion and the exhibits, which contain documents designated as confidential, under seal. Pursuant to Local Rule 5 (e)(5), the documents to be sealed are titled:

1. Plaintiff's Response to Defendant's Supplemental Brief Regarding Privilege Discovery Dispute; and

2. Plaintiff's Exhibits

Paragraph 14 of the Protective Order also requires Plaintiff to comply with Local Rule 5 (e), which allows the filing of documents under seal only by the order of the Court. Therefore, Pursuant to Local Rule 5 (e)(4), Plaintiff has concurrently filed unredacted versions of her motion and exhibits as sealed documents. Plaintiff does not contend that the content of her

memorandum, nor the exhibits she used, warrant a confidentiality designation. She is filing under

seal as required by the Protective Order and Local Rules.

      WHEREFORE, Plaintiff respectfully requests that her response memorandum and

exhibits be filed under seal.

                    **PLAINTIFF**
                    **CHELSEA TURNER**

                    By:  Ryan Downing
                         Brian O'Donnell ct16041
                         Ryan T. Downing ct31009
                         REID AND RIEGE, P.C.
                         Juris No. 049362
                         One Financial Plaza
                         755 Main Street 21st Floor
                         Hartford, CT 06103-3185
                         Tel. (860) 278-1150
                         Fax. (860) 240-1002
                         bodonnell@rrlawpc.com
                         rdowning@rrlawpc.com

## CERTIFICATION OF SERVICE

This is to certify that on February 18, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing may access this filing the court's CM/ECF System.

/s/ Ryan Downing
Ryan Downing