# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHELSEA TURNER,** | : | **Civil Action No.: 3:20-CV-01045** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **CONNECTICUT LOTTERY** | : | |
| **CORPORATION, ET AL.,** | : | |
| **Defendants.** | : | **JULY 7, 2022** |

## DISMISSAL STIPULATION

Plaintiff, Chelsea Turner and Defendants Connecticut Lottery Corporate and Greg Smith

hereby stipulate and agree by and through their undersigned counsel to other dismissal of this

action with prejudice. No costs or fees to be awarded.

PLAINTIFF,

CHELSEA TURNER

By /s/ Brian O'Donnell
Brian O'Donnell ct16041
Ryan T. Downing ct31009
Reid and Riege, P.C.
Juris No. 049362
One Financial Plaza
755 Main Street, 21st Floor
Hartford, CT 06103-3185
Tel. (860) 278-1150
Fax. (860) 240-1002
bodonnell@rrlawpc.com
rdowning@rrlawpc.com

DEFENDANTS,

CONNECTICUT LOTTERY CORPORATION
and GREGORY SMITH

By /s/ Daniel A. Schwartz_____
Daniel A. Schwartz (ct15823)
Keegan A. Drenosky (ct29515)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5038
Facsimile: (860) 251-5316
dschwartz@goodwin.com
kdrenosky@goodwin.com

By Their Attorneys

By /s/ Irene Bassock
Irene Bassock ct411683
Empower Legal Group LLC
Juris No. 443636
71 Raymond Road
West Hartford, CT 06107
T 800.218.5719
F 860.600.7884
irene@empowerlegalgroup.com

By Her Attorneys

**CERTIFICATION OF SERVICE**

This is to certify that on July 7, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing may access this filing the court's CM/ECF System.

/s/ Irene E. Bassock
Irene E. Bassock